|  | AUSA: | Andrew Picek | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Michael Parsons, ATF | Telephone: (734) 887-0063 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Jamar Joplin

Case No.

Case: 2:21–mj–30368
Assigned To : Unassigned
Assign. Date : 7/26/2021
Description: RE: JAMAR JOPLIN (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 16, 2021__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (g) (1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Michael Parsons, Special Agent, ATF
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 26, 2021

City and state: Detroit, Michigan

_____
Judge's signature

Hon. David R. Grand, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael S. Parsons, being duly sworn, do hereby state the following:

### I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a Special Agent since September of 2000. I have been involved in numerous investigations regarding firearms, firearms licensing, and narcotic laws resulting in successful federal prosecutions.

2. The statements contained in this affidavit are based on my personal knowledge, my review of written police reports by the Washtenaw County Sheriff's Office (WCSO); Community Action Team (CAT) Deputies and Officers, and information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter. This affidavit does not provide all the information known to law enforcement about this investigation.

3. This affidavit provides information necessary to establish probable cause that Jamar JOPLIN (XX/XX/2000) has violated Title 18 U.S.C. § 922(g)(1) —Felon in Possession of a Firearm.

## II.   PROBABLE CAUSE

4.   Starting in May of 2021, Agents/Deputies have been investigating the suspected illegal possession of firearms by Jamar JOPLIN. During this time, Agents/Deputies have conducted open-source social media review of Snapchat Account "tlg_killa"; an account which is associated with Jamar JOPLIN.

5.   On June 27, 2021, the following screen shots of a Glock pistol and AK type pistol were posted to JOPLIN's Snapchat account:

  

6.   On July 2, 2021, the following screen shot of JOPLIN holding an AK type pistol was posted to JOPLIN's Snapchat account:



7.     On July 3, 2021, the following screen shot of JOPLIN

holding a gray backpack was posted to JOPLIN's Snapchat account:



8.     On July 16, 2021, WCSO; CAT Deputies and Officers,

Michigan State Police; Livingston and Washtenaw Narcotics

Enforcement Team and Bureau of Alcohol, Tobacco and Firearms

Agents executed a state search warrant at XXX Woodcreek Court, Ypsilanti, Michigan, for the purpose of recovering firearms and ammunition in connection with an investigation into a shooting where JOPLIN is a suspect.

9. Because of that shooting, for officer safety a ruse was used to lure JOPLIN out of the residence before executing the search warrant. Once JOPLIN exited the residence, he was taken into custody. Law enforcement personnel then secured the residence and located JOPLIN's girlfriend inside the residence. No one else was present inside the residence. After law enforcement personnel secured the residence, they began their search of evidence. During the search, a loaded Glock, 45. caliber pistol, and a loaded Zastava Arms 7.62 caliber AK pistol were recovered from a gray Adidas backpack. I personally observed the firearms and backpack recovered from the residence during the search warrant. Based upon that observation, they appear to be the same or identical firearms and backpack as that displayed by JOPLIN on social media, as depicted above.

10. A criminal history check was conducted on JOPLIN, which revealed that he has been convicted of the following felonies in the State of Michigan:

    a. 2019 – Controlled Substance-Possess (Cocaine, Heroin, or Another Narcotic) Less than 25 Grams, 22nd Circuit Court.
    b. 2019 – Weapons-Carrying Concealed, 22nd Circuit Court.
    c. 2019 – Police Officer – Assaulting/Resisting/Obstructing, 22nd Circuit Court.
    d. 2019 – Police Officer – Assaulting/Resisting/Obstructing, 22nd Circuit Court.
    e. 2019 – Weapons Felony Firearm, 22nd Circuit Court.

11. JOPLIN's felony convictions in each of the above cases were obtained by guilty plea. I am aware that the Michigan Court Rules require a court to directly advise a defendant of the maximum possible penalty before accepting a guilty plea. Therefore, probable cause exists that JOPLIN knew, at the time he possessed the firearms, he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

12. I am an expert in the Interstate Nexus of Firearms. The Glock Model: 30, 45. caliber pistol, and the Zastava Arms Model: ZPAP92, 7.62 caliber AK pistol recovered from JOPLIN were manufactured outside the State of Michigan, thereby travelling in interstate commerce.

### III. CONCLUSION

13. Probable cause exists that Jamar JOPLIN knowingly possessed the above-described firearms: said firearms having traveled in interstate commerce; in violation of 18 U.S.C. § 922(g)(1.

_____
Michael S. Parsons
Special Agent, ATF

Sworn and subscribed to before me on
This 26th day of July 2021.

_____
DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

July 26, 2021